CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 9 2011

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

NYRON NICHOLS,

v.

WILLIAM M. SYDNOR, JR.,

)
)
)
) Case No. 7:11CV00084
) (Case No. 7:07CR00006)
)
) **FINAL ORDER**
)
) By: Glen E. Conrad
) Chief United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The clerk is **DIRECTED** to change the style of this civil action to the correct spelling of the parties' names, as follows: Nyron Nichols v. William M. Sydnor, Jr.;

2. This civil action, Case No. 7:11CV00084, is hereby **CLOSED** for administrative reasons and stricken from the active docket of the court;

3. The clerk is **DIRECTED** to docket Nichols' submission, styled as "PETITION FOR INJUNCTIVE RELIEF," as a request for copies in Case No. 7:07CR00006; and

4. Based on the probation officer's declaration submitted in Case No. 7:07CR00006 (ECF No.260), Nichols' request for copies is **GRANTED IN PART AND DENIED IN PART**.

ENTER: This 9th day of March, 2011.

Chief United States District Judge